Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |  |
|---|---|---|
| Douglas A Rydberg | ) | Case No. 8:25CV234 |
| _____ | ) | _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| " See attached " | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Douglas Rydberg

All other names by which
you have been known: Rev

ID Number: 217075

Current Institution: Omaha Correction Center

Address: 2323 Avenue J

Omaha     Ne     68110
City     State     Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: "Party unidentified" (Pharmacy) Nebraska Department Correction Services

Job or Title *(if known)*: Pharmacist ? NDCS

Shield Number: N/A

Employer: Nebraska Department Correction Services

Address: 2620 W. Van Dorn st.

Lincoln     Ne     68522
City     State     Zip Code

☑ Individual capacity     ☑ Official capacity

Defendant No. 2

Name: Dr Jerry Lee Lovelace JR.

Job or Title *(if known)*: Director Nebraska Department Correction Service

Shield Number: N/A

Employer: Nebraska Department Correction Service

Address: Po Box 94661

Lincoln     Ne     68509-4661
City     State     Zip Code

☑ Individual capacity     ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Dr Larry Widman |
| Job or Title *(if known)* | MD - Psyciatrist |
| Shield Number | N/A |
| Employer | Nebraska Department Correction Service |
| Address | "Refused to provide"   Im limited in my search capabilitys |

| City | State | Zip Code |
|---|---|---|

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Amanda Smith |
| Job or Title *(if known)* | Telepsych manager - Psyciatrist assistant ? |
| Shield Number | N/A |
| Employer | Nebraska Department Correction Service |
| Address | 2323 Avenue J East |
| | Omaha            Ne        68110 |

| City | State | Zip Code |
|---|---|---|

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

¥ Please review attached

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Please review attached*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*NO*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Please refer to attachment*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Feb 6th 2024  -  Present

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been diagnosed with F4 liver cirrhosis, they refused to let me see anyone except a nurse practitioner, no specialists and inadequate tests. RLS syndrome - severe pain and discomfort no treatment,

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For malpractice - medical neglect - unwillingness to treat and test in a timely manor, not even offering minor relief for symptoms, "1 million dollars" loss of years of wages approximate 20 years, I have small chance to survive a year. Another 250,000$ for frustration pain and suffering. I want those responsible removed from there role and license suspension, do not allow them to continue to practice medicine. I want NDCS policy changed and 200,000$ placed in a fund to assist inmates with health related and mental health issues. 250,000$ for violating my rights and refusing to administer Mental health medication

Plus future liver transplant fee 500,000

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Per NDCS Policy,  Omaha Correction Center

2.    What did you claim in your grievance?

Malpractice, neglect, deliberate indifference

3.    What was the result, if any?

They side step responsibility, and do not stand up too there responses. I have still not recieved testing, medication, or mental health medication.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes Ive Exhausted most of my grievances, there are some electronic grievances, past deadline by NDCS officials

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Ive asked for a advocate, Im at a disadvantage Im overwhelmed with there unwillingness*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    Yes

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  Douglas Rydberg

Defendant(s)  State South Dakota

2.    Court *(if federal court, name the district; if state court, name the county and State)*

NA

3.    Docket or index number

NA

4.    Name of Judge assigned to your case

NA

5.    Approximate date of filing lawsuit

2016-2018 ?

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition    2018

7.    What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

Case was dismissed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**IX.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     3-26-25

Signature of Plaintiff          Douglas Rydberg
Printed Name of Plaintiff       Douglas Rydberg
Prison Identification #          217075
Prison Address                   2883 Avenue J. East
                                 Omaha                    Ne            68110
                                       City              State          Zip Code

**B.     For Attorneys**

Date of signing:     _____

Signature of Attorney           _____
Printed Name of Attorney        _____
Bar Number                      _____
Name of Law Firm                _____
Address                         _____
                                _____
                                       City              State          Zip Code

Telephone Number                _____
E-mail Address                  _____

B.   Malpractice - if they cause injury by failing " to have and use the knowledge, skill and care ordinarily possessed and employeed by members of the profession in good standing, both in diagnosis and treatment,

Medical negligence - The duty of care owed to prisoners is the same as that owed to private patients.

1. Failing to give necessary medication
2. Prescribing inappropriate medication
3. Providing the wrong medication "unwilling to acknowledge mistake"
4. Failing to perform appropriate diagnostic tests
5. Delaying examinations, testing, and treatment

Deliberate indifferance - repeated acts malpractice, neglect the longer they refuse to treat me the less chance of survival I have.

Constitutional Right Violations - under eigth amendment prison officials are not meeting my medical needs

I should fall under Federal Disability Status, Amendment s Act of 2008, ADA   Ive repeatedly asked for a advocate. none has been provided.

1. mental impairment
2. record of such impairment
3. medication

Im denied copys of electronic grievance's
Im denied copys to attach to official complaints and lawyers

Mental Health care is subject to the same constitutional standard as other forms of Prison Medical Care, deliberate indifferance to serious mental health needs violate the eigth

II Basis for Jurisdiction PG 2

B.) Psychiatric medication is an essential element of mental health care.

Continuation of mental health medication used pryor to incarceration.

Constitutional Right - to confidential psyciatric appointments

Hippa Right Violation's -

Informed Consent Doctrine
Not meeting Policy and procedure deadlines set by NDCS

D.)
Defendant 1.

The individual is yet to be identified. Acting as the pharmacist for the NDCS, clearly administerd the wrong medicatio I gave the medical department 2 chances to correct before I filed grievance # 2024-1294 " I attached 2 IIR's and grievance"

Defendant 2.

Director of Corrections - Dr Jerry Lee Lovelace Jr. refuses to allow proper treatment, "nuerologists, hepatologist, GI, Pam specialis as well refuses to allow testing, MRI, Ct scam, other relevant tests. Ive exhausted the grievance process, # 2024-8965  # 2024-8482 His responses sound good, but they are of no use. Im still denied diagnosis and treatment. As well # 2024-8483 on confidentital psyciatrist appointment's, his response sounds good, but they dont obey the disision. Dr Lovelace has not followed Policy and procedure on 4 instances, he has taken over the 20 days allowed to respond to a 2nd step grievance # 2024-8197 is well past the deadline, the nature of this grievance is severe, the

D.) The entire time I was being prescribed high mg of ibuprofen, something extremly dangerous for some one with documented "Chronic Care" He did not act as one in his position should. This caused irreversible damage. He explained the danger of ibuprofen on 1-14-25, Dr Lovelace informed me I have F4 stage 4 cirrhosis of the liver, he refuses to evan offer a healthy diet or common supplements, the only thing available to treat my condition. I have about 40 electronic grievances, NDCS will not allow copys " I attached a written response" I wrote on the IFR about specific court copys and this is the response given"

# 52373094    # 523971011   # 524 211 811   # 524298161  #52373094
# 523285831    # 523293861   # 523301791   # 523582591  # 538967241
# 535206191    # 536674251  # 537006991   this is only a few

I will need a subpena to supply copys to the court. #-
As of today I have no relief from his rulings, I must hold him accountable of each complaint. Im not the only one in harms way of his actions. Hes a factor in my medical and mental health complaints, as well manipulating deadline policys and other policy and procedure. Denying my treatment is decreasing my chances of survival. I have a 43% chance of surviving a year and 5% to survive a year after. His actions, and neglect have harmed me.

Defendant 3,    Dr Larry Widman is my Psyciatrist provided by NDCS, he refuses to prescribe any beneficial medication I've filed grievance # 2024-8482, I offered him the response I've cited law and constitutional rights, his behaviour is

15

II. Basis for Jurisdiction Pt 4

D.) Unprofessional, his unwillingness to prescibe medication I've had long term success with is deliberate indifferance medical malpractice, and medical neglect. Electronic grievance # 523 285 831. As well # 2025-76

Defendant 4. Registerd Nurse Amanda Smith refuses to respect my right to confidentiality. I wrote grievance # Emergency. and # 2024-8483, Evan though I ask for private sessions, she refuses. Her unprofessional interferance affects my appointments as well as those around me in the institution.

Defendant 5. Dr Robert Cunard

Repectedly lied to me assuring me I'm on a hep C treatment list, his actions have caused me severe harm, as well he refused to properly treat numerous issues such as Restless leg syndrom, he gave me Propananol not even a RLS medication just to passify me. He was also responsible for allowing the NP to continue the long term ibuprofen that is so harmfull to a unhealthy liver

Defendant 6 Krystal Turpen

She had a part in prescribing the ibuprofeen 1600mg that has caused severe and excessive liver damage. Medical malpractice.

Defendant 7 Nurse Practitiuner L. BO

Is not qualified to treat someone with overlying health problems, she tried arguing a medication called propixamate is ok for me, but investigation proved by Unit manager David ___ ___ ___ She should know her title is not adequate to

to treat someone with my illness, her unpro-
fessional behaviour, and unwillingness to address my specific
concerns, could have caused me severe harm. grievance #
53896724 as well other references in evidence are available

## IV. Statement of Claim

1. Pharmacist Name N/A, Feb 16th 2024 by prescribing or administering
the wrong medication especially to some one with overlaying
health complications could of caused sever harm or even death.
Grievance # 2024-1294

2. Dr Lovelace Jr. His unresponsive action time, has allowed
medication wrongly prescribed to begin with, longer to have negative
consequences. His refusal to address my health concerns, with
easy remedy's such as diet and suppliments proper vitamins
as well specialists and proper testing, have decreased my chance
of survival. He's the one that broke the news I have Stage 4
liver cirrhosis, and refuses to address, He does not stand up to
his own written responses on numerous grievances as well does
not meet deadline and policy regulations. # 2024-8965 # 2024-8483
# 2024-8482 # 2024-8197 # 2024-8965 Dr Lovelace evan agreed
with the ruling of a investigation by Inspector General of Corr-
ections Doug Koebernick that they wrongly prescribed high dose
of ibuprofen, but he won't evan medicaly support my health

3. Dr Larry Widman, has repeatedly refused to treat my
long term mental illness, Ive offered grievance # 2024-8483
he should of allowed a confidential session, being a medical
professional he should of known my rights, as well # 2024-
8482 I made the complaint 10-4-24, as of today 3-26-25

medical malpractice and violating my rights.

5.) Doctor Robert Cunard, refused numerous times to treat my hep C, he even lied about a waiting list, he broke his professional oath. He allowed large doses of ibuprofen to continue, knowing I was a "Chronic Care" patient. This has caused me irreversible harm. He also prescribed bizarr medication to treat RLS. ?

6.) Kristal Turpin is the N.P on my last ibuprofen pick up prescription. Her prescibing high doses of ibuprofen were hamfull and dangerous to a "Chronic Care patient. Causing me irreversible liver damage.

7.) N.P L. Bo Argued I can take a medication "Propixamate" known to raise liver enzym levels in healthy patients, this act of malpractice could of caused me severe harm. Her role as Nurse Practitioner is over stepped she is not qualified to treat a patient with overlying health issues, with out proper testing to secure the severity of my liver cirrhosis. electronic Grievance # 538967241 plus I have more written evidence on her mistake.

8.) There are other individuals involved, I may need to attach later that played roles in my treatment and medica malpractice, such as Deputy Warden Pedtman and nurse Trish Davis, as well other medical staff that mishandled my case. I'm at a disadvantage. I hope to have a legal representative soon.

what are the facts

1. I was given the wrong medication, I made several attempts to allow them to correct, I even spoke directly to Unit Manager Nicholas, before I filed grievance 2024-1294

2. They Dr Cunard and other medical staff refused to treat a long term case of hep C, I showed numerous symptoms all over looked and thru grievance # 2024-8197 I forced treatment, by then I had F4 liver cirrhosis unrepairable, severe and excessive damage, they Dr Lovelace failed to correct immediatly allowing me to take the ibuprofeen longer. Dr Cunard has been indicted by a grand gury and lost his job, Dr Lovelace refuses to treat or properly handle my situation, I'm only allowed to see Nurse practitioners, no specialists, they are inqualified and even causing me negative consequences such as Nurse L. Bo and her prescribing a medication that could of caused more harm.

3. Amanda Smith refuses to acknowledge my privacy rights and is violating constitutional and hippa laws

4. Trish Davis keeps telling me to take Tylenol and aspirin for head achs, something harmfull to a F4 cirrhosis patient.

5. Dr Widman refuses to acknowledge hippa and privacy rights, as well refuses to medicate me. His behaviour and unwillingness is not the way a private practice MD should act.

Defendant No. 5

Name    Dr Robert Cunard

Job or Title    Medical Doctor

Shield Number   N/A

Employee.  "at time of complaint"  Nebraska Department Correction Servic

Addrees   N/A   Im limited to search capabilitys
☑ individual      ☑ Official Capacity

Defendant No. 6

Name   Kristal Turpen

Job or Title   Nurse Practitioner

Shield Number    N/A

Employer    N/A    Im limited in my search capability     -
at time of complaint Nebraska Department Correction Service

Address   N/A   Im limited in my search capabilitys
☑ individual     ☑ official Capacity

Defendant No. 7

Name    L. Bo

Job or Title   Nurse practitioner

Shield Number   N/A

Employer   Nebraska Department Correction Service

Address   23 23   Avenue J East

Omaha  Ne   68110
☑ individual     ☑ official capacity

Defendant No 8..

I ask the right to add defendants in the future as
evidence is uncovered, Im recieving no cooperation by
NDCS, I'll need the courts power to subpena records
and hold the other party's accountable at a later time.
With out assistance of a professional, Im at a severe
disadvantage.

# NEBRASKA

Good Life. Great Mission.

**DEPT OF CORRECTIONAL SERVICES**



Jim Pillen, Governor

DATE:       January 3, 2025

TO:         Douglas Rydberg 217075    J2D 19L

FROM:       Warden James Jansen, ( CC

RE:         Letter 12.30.2024

Mr. Rydberg,

I am in receipt of your letter dated December 30, 2024, received at the Omaha Correctional Center (OCC). Without specifics of what Medical is doing/not doing, I cannot assist. Feel free to write to Dr. Lovelace at central office. I will look into the Bible Gateway app on the tablets. I will not be approving any murals at OCC. We cannot have specific holiday parties for work areas.

Respectfully,

James Jansen, Warden
Omaha Correctional Center

Rob Jeffreys, Director
**Department of Correctional Services**

**OMAHA CORRECTIONAL CENTER**
2323 East Avenue J     Omaha, NE 68110-0099
Phone: 402-595-3964    Fax: 402-595-2227

**corrections.nebraska.gov**

# NEBRASKA
## Good Life. Great Mission.
**DEPT OF CORRECTIONAL SERVICES**

Jim Pillen, Governor

Date: February 28, 2025

To: Douglas Rydberg #217075          J2D19L

From: Carrie David, Unit Manager, OCC

Subject: Follow-Up with Request

---

Mr. Rydberg,

I did some research on your request on whether your electronically submitted grievances could be printed for your records. Unfortunately, at this time there is not a process in place to be able to accommodate this. Your submissions should still be available for you to reference, even after they have been closed.  However, I encourage you to connect with our Housing Unit representatives (Gonzales and Chamblin) to possibly address your concerns at the next Town Hall meeting!

Rob Jeffreys, Director
**Department of Correctional Services**

**OMAHA CORRECTIONAL CENTER**
2323 East Avenue J     Omaha, NE 68110-0099
Phone: 402-595-3964     Fax: 402-595-2227

**corrections.nebraska.gov**

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

**INMATE INTERVIEW REQUEST**

RECEIVED JAN 17 2025

TO: Medical    DATE: 1-17-25

FROM: Douglas Rydberg    BY: 90075 OCC    J2019L
NAME / NUMBER    FACILITY    LOCATION

WORK LOCATION: Maintenance    UNIT STAFF: Latka

MESSAGE: I need medical attention, Im having headaches and nausus, lethargic, now that Im not suppose to take ibuprofen, the main med I took I need to see a specialist

I also need a professionals advice on daily eating, do's and don't's, you allowed my liver to reach stage 4 cerosis and Im told the only thing that helps is diet, I have no confidence in medical a outside specialist please

Time is important, stop waiting 2 or 3 weeks, even months between answering my IIR and setting appointments

Please send the copy of this back immediatly

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

Signature: Douglas Rydley

REPLY: Your request has been sent to the medical director.

1/17/25    Signature: P Dawson
Date

DCS-A-adm-013 (rev. 1/2017)

Dr. Lovelace Response: It generally takes decades to reach cirrhosis or F4. As you entered NDCS in August 2023 your disease process had likely been progressing years prior to your incarceration. You are currently being treated to cure your Hep C. However, the cirrhosis will need to be monitored and may not progress provided there are no additional insults to the liver. There is no medical need to see a hepatologist at this point given you have relatively stable lab values.

J2D 19L

Rydberg, Douglas #217075
OCC

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

### GRIEVANCE FORM

#### Step Two

#### Central Office Appeal

#### RESPONSE AND REASONS FOR DECISION REACHED

| | |
|---|---|
| Incarcerated Individual Name: | Rydberg, Douglas |
| Incarcerated Individual Number: | #217075 |
| Date Received: | 11-12-2024 |
| Grievance Number: | 2024-8482 |
| Subject: | medication |

I understand your grievance to be that you want to be prescribed a particular medication to treat your anxiety.

It is within the purview of your treating psychiatric provider to determine the medications required to treat your condition. With acceptable rationale, nonformulary medications are available. You are encouraged to continue working with medical and mental health team members.

_12.11.24_
DATE

_Wavelee, MD_
DIRECTOR'S DESIGNEE

nf

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## GRIEVANCE FORM
### Step Two
### CENTRAL OFFICE APPEAL

*7024 8487*

| INSTRUCTIONS: |
| --- |
| TYPE OR USE BALL POINT PEN. IF MORE SPACE IS NEEDED, USE ATTACHMENT SHEET IN TRIPLICATE. |

From: **Rydberg    Douglas    A**          **217075**        OCC  J2-0-19-L
     LAST NAME,  FIRST  MIDDLE INITIAL     NO./GROUP     INSTITUTION

Your response and policys  **\*Part A – REASON FOR APPEAL;** are unacceptable, Ive had numerous visits with provider, there is no suitable medication provided by the NDOC, you use a limited medication list. The main reason for the grievance is the medication you refuse to treat me with is prescribed to other inmates in limited capacities there is not a reason to leave me to suffer and struggle with daily when there are remedy's Ive used before. All of my expectations are still sought, I also believe the staff that answers grievance should do a bit more investigation before using a side step response. I should be allowed to stay on the medication my Mental Health professional's prescribed pryor to my arrest. Your policy has caused me considerable harm, and took the peace and balance evan joy a regulated combination of medicine can provide. Now I need new test's " MRI - cat scan or other diagnosis to find out reason's Im sick, as well as all other expectations, including medication's.

11-4-24
DATE

Douglas Rydberg
SIGNATURE

**\*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S RESPONSE, MUST ACCOMPANY THIS APPEAL.**

### Part B – RESPONSE AND REASONS FOR DECISION REACHED

12.11.24
DATE

DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## GRIEVANCE FORM
### Step One
## CHIEF EXECUTIVE OFFICER

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Ridberg, Dustin A.     217075     D N 19-L
LAST NAME,   FIRST,   MIDDLE INITIAL     NO.     FACILITY/HOUSING UNIT

**Part A – INMATE REQUEST/CONCERN:**

*[handwritten, partially illegible]* This response is ... unacceptable, I've been ... starts with help psych ... treat ... my treatments, until pub is changed, I am forced to go untreated. I now know I'm not the only victim of the NDCS's Medical Director. I read the recent article in the Omaha World Herald news paper, a official investigation needs done. As well I've had numerous visits with medical, everyone seems to pass responsibility off, that is reason for this grievance. I want everyone held accountable, policy changed. I want to see a specialist, ... to get ... treated is ... responsible for my frustration and ... you should be referred to PT for a broken ... treat ... me of ... treatment ...

DATE: 10-23-24     SIGNATURE OF REQUESTOR: *[signature]*

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

The medication you are requesting is not available on the NDCS formulary and cannot be prescribed to you. If you wish to have a follow-up appointment with the psychiatric provider, please send an IIR to medical detailing your request.

DATE: 11/1/2024     CHIEF EXECUTIVE OFFICER: *[signature]*

SECOND COPY: TO BE RETURNED TO INMATE AFTER COMPLETION (COPY FOR APPEAL PURPOSES).

**Part C – RECEIPT**

Return to: Ridberg, Dustin     217075     *[facility/housing unit]*
LAST NAME,   FIRST,   MIDDLE INITIAL     NO.     FACILITY/HOUSING UNIT

I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject: _____
*[handwritten]* Medication ... and treatment ... see specialist
#2021-8452

DATE: 10 24 24     RECIPIENT'S SIGNATURE (STAFF MEMBER): *[signature]*

(SEE REVERSE SIDE FOR INSTRUCTIONS FOR APPEAL TO DIRECTOR OR DIRECT SUBMISSION TO DIRECTOR)

DCS-A-adm-049 (4-97)     Printed with soy ink on recycled paper

**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES**
**INFORMAL GRIEVANCE RESOLUTION FORM** # 2024- 8482
**UNIT STAFF**

FROM: Rydberg   Douglas   A                    217075            OCC  12-D-19-L
Last Name,   First,   Middle Initial          Number            Facility/Housing Unit

**PART A: Inmate Request/Concern.**

I seen Mental Health on a monitor for a "telepsych" visit on Oct 2nd 2024, I have sever anxiety among other issues ~~in part~~ this has been diagnosed and treated by specialists. Your provider is only allowed by NDCS to prescibe certain meds >This leaves me untreated< I am requesting a specialist to prescribe medications I've had long term success with. To force medication that doesn't agree with me, is as bad as not prescribing medicine that does work, whatever your reason This is Medical Malpractice you need held accountable. I want a Cat scan- MRI or equal diagnoses of my brain, I've had Sever head trauma, and cancer runs in my family I want the medication prescribed by my doctors at Methodist Mental Health Freemont, I believe the policy needs correction, so this doesn't continue to happen, I request compensation for suffering and future representation, this is only thing that will ~~get your attention~~

Date 10-4-24                    Signature  Douglas Rydberg  217075

---

**PART B: Response and Reason(s) for Decision Reached.**

Per policy, non-formulary medications must be approved by the NDCS medical director. Please discuss your request for alternative medications at your next Telepsych appointment. Regarding your request for a CAT scan and MRI, please send an IIR to Medical as those are medical issues separate from Telepsych.

Date  10-21-24                    Signature  NM Nicholas

**NOTE:** A copy of this completed *Informal Grievance Resolution Form* must accompany any *Step 1 Institutional Grievance Form*.

Rydberg, Douglas #217075
OCC

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## GRIEVANCE FORM

### Step Two

### Central Office Appeal

### RESPONSE AND REASONS FOR DECISION REACHED

| | |
|---|---|
| Incarcerated Individual Name: | Rydberg, Douglas |
| Incarcerated Individual Number: | #217075 |
| Date Received: | 11-19-2024 |
| Grievance Number: | 2024-8965 |
| Subject: | medication |

To address all of your concerns, I understand your grievance to be that you want to be prescribed a particular medication, request to see a pain specialist and/or neurologist, and receive proper testing to treat your restless leg syndrome.

The community standard of care for diagnosing and treating restless leg syndrome is in line with the therapy you are receiving from the facility treatment team. It takes time to determine which treatment works best for you. If the treatment team decides additional support is necessary, based on your reported symptoms, nonformulary medications and outside consults may be requested. You are encouraged to continue working with medical and mental health team members by reporting your symptoms and allowing them the opportunity to treat your medical concerns.

_12/18/24_
DATE

_[signature]_
DIRECTOR'S DESIGNEE

nf

FFL024-8965

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
INFORMAL GRIEVANCE RESOLUTION FORM
UNIT STAFF

**FROM:** Rydberg  Douglas  A                          217075                    OCC  J2-0-19-L
Last Name,  First,  Middle Initial          Number              Facility/Housing Unit

On 10-18-24, I wrote a **PART A: Inmate Request/Concern.** IIR to medical, I attached
a copy. 2 month's ago I sent a IIR to see a pain specialist "AS I
WAS INSTRUCTED" a outside doctor to treat me. I suffer from "RLS"
among other issues. The IIR was sent back to me and says "Schedule",
I specificly asked on this IIR "were Im at on the list", I
provided a simple solution I thought worth trying. The only thing
written on my IIR is "Not Indicated", This is how medical the system is broken
Its one struggle after another, Im not the only one the system is broken
and is leaving a trail of mistakes, neglect, and misdiagnosis, my health
problems are serious Im frustrated and tired of being untreated. or
worse mistreated. I want a official investigation, I want a way to
elevate my legs - 3 blankets - or pillows. I want to see a Neurologist
and pain specialist, I want proper testing "MRI, catscan, or other" as
well policy changed and a easy way to address issues in the System

Date  10-26-24                                    Signature  Douglas Rydberg

**PART B: Response and Reason(s) for Decision Reached.**

OCC Medical states the response you received from the doctor indicates that there is not a need for you to be seen
by an outside specialist at this time. Medical staff began trialing new medications to treat your RLS on 9-11-24 and
met with you again on 10-2-24. If you are continuing to have issues, medical staff encourage you to submit an IIR
and continue to communicate with them.

Date  11-1-24                                    Signature  P. Wilcox

# NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## GRIEVANCE FORM
### Step One
### CHIEF EXECUTIVE OFFICER

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

#2024-8165

From: Rudberg, Douglas A          217075          OCC  J2-D-19-L
LAST NAME,   FIRST   MIDDLE INITIAL      NO.        FACILITY/HOUSING UNIT

**Part A – INMATE REQUEST/CONCERN:**

All this response done un_____ side step responsability, once
again you put an effort of _____ complaint. This is a common tactic
1) You say on 9-11-24 you began treatment, you gave me "Propanolol 20mg" its not
even a RLS medication. It had no effect purely bad on me. You knew this
2) On 10-8-24 Doctor said take mental health treatment * Mental Health is
the one who picked it to medical. This is exactly how your system works,
Im left to suffer and extremly frustrated. I continue to ask your help but
its no surprise, you do nothing.
3) I asked in the IIR and the grievances as well to elevate my legs for sleep
neither of you would even respond is unacceptable. "Enough is Enough"
4) Your taking advantage of me cause I don't communicate well in person, so
I make a very clear paper trail of your neglect. There are numerous health
care issues at OCC, they'll all come to light eventually. My expectations
_____ saying is the informal grievance.

DATE  11-8-24                    SIGNATURE OF REQUESTOR  Rudberg 217075

evidence inclosed

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

You were given a 30 day trial of Propranolol to determine if it would treat your restless leg syndrome (RLS). If you
feel it did not successfully treat your RLS, send an IIR to medical to see the provider to discuss alternative
treatment. To elevate your legs, you will need to use items you have in you room as medical will not issue a pass
for extra pillows or blankets.

DATE  11/21/2024                    CHIEF EXECUTIVE OFFICER

SECOND COPY: TO BE RETURNED TO INMATE AFTER COMPLETION (COPY FOR APPEAL PURPOSES).

**Part C – RECEIPT**

Return to:  Rudberg Douglas          217075          OCC/J2D91
           LAST NAME,   FIRST   MIDDLE INITIAL      NO.        FACILITY/HOUSING UNIT

I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject: _____
Medical request for treatment for RLS
#2024-8165

DATE  11-4-24                    RECIPIENT'S SIGNATURE (STAFF MEMBER)  HM Nicholas

(SEE REVERSE SIDE FOR INSTRUCTIONS FOR APPEAL TO DIRECTOR OR DIRECT SUBMISSION TO DIRECTOR)

DCS-A-adm-049 (4-97)          Printed with soy ink on recycled paper

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## GRIEVANCE FORM
### Step Two
### CENTRAL OFFICE APPEAL  2024-8965

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Rydberg  Douglas  A        217075       OCC- 02-D-19-L
LAST NAME,   FIRST,   MIDDLE INITIAL        NO./GROUP        INSTITUTION

**Part A – REASON FOR APPEAL:**

Im not satisfied with your response, your doing the same thing medical does, pretending there is no problem this is ridiculous and Im left to suffer. I did the follow up, the doctor told me theres nothing else available talk to Mental Health, and ask them about anxiety meds as well. there is nothing available on your limited list of medication I still need treatment, thats why Im asking to see a pain specialist about real treatment, as well all other expectations listed in the informal grievance, evan simple solutions like leg elevation are denied, your practices are unheard of, this is clearly another example of how broken this system is. Ive been perfectly clear over and over there is a problem, I need medical care, Im extremly frustrated, no one should be subjected to regular neglect and mistreatment.
" Injustice anywere, is a threat to justice everywere"

11-15-24
DATE

Douglas Rydberg
SIGNATURE

*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S RESPONSE, MUST ACCOMPANY THIS APPEAL.

### Part B – RESPONSE AND REASONS FOR DECISION REACHED

12/18/24
DATE

DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

Rydberg, Douglas #217075
OCC

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

### GRIEVANCE FORM

### Step Two

### Central Office Appeal

### RESPONSE AND REASONS FOR DECISION REACHED

Incarcerated Individual Name:      Rydberg, Douglas

Incarcerated Individual Number:    #217075

Date Received:                     10-21-2024

Grievance Number:                  2024-8197

Subject:                           medical

I understand your grievance to be that you want to begin treatment for Hep C.

Following the completion of some lab work you will begin treatment. It is anticipated the timeframe is 1-3 weeks.

_11, 20, 24_
DATE

_Floreee, MD_
DIRECTOR'S DESIGNEE

nf

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## GRiEVANCE FORM
### Step Two
### CENTRAL OFFICE APPEAL 2024-819

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Rydberg      Douglas    A                217075          OCC  J2-D-19-L
        LAST NAME,    FIRST,    MIDDLE INITIAL        NO./GROUP          INSTITUTION

**\*Part A – REASON FOR APPEAL:**

I have been in contact with medical —" to include personal appointments, and written I I R's " do your own investigation to uncover there neglect. Do you think I would bring this to top authoritys attention, if I was on a list. The day before I specificly verified my place with IIR, look it up. repeated negligence is harming my current as well as future health, treat me or release me. You must be held accountable

10-17-24
DATE

Doug Rydll
SIGNATURE

\*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S RESPONSE, MUST ACCOMPANY THIS APPEAL.

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

11/18/24
DATE

Lovelace, D
DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES  # 2024-8197

## GRIEVANCE FORM
### Step One
### CHIEF EXECUTIVE OFFICER

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Rydberg    Douglas    A    217075    OCC    J2-D-19-L
LAST NAME,    FIRST    MIDDLE INITIAL    NO.    FACILITY/HOUSING UNIT

**Part A – INMATE REQUEST/CONCERN:**

Im not satisfied with responce, this leaves me in jeopardy of health issues, I need a specialist and treatment. Can I have a copy of the informal grievance please.

10-6-24
DATE

_Doug Rydberg_
SIGNATURE OF REQUESTOR

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

The medical director maintains the list for individuals waiting to receive Hepatitis C treatment. You are on the list and will be notified when you are approved to receive treatment. You were given your copy of the Informal Grievance. No other copy will be given to you.

10/16/2024
DATE

_Hartman_
CHIEF EXECUTIVE OFFICER

ORIGINAL : TO BE RETURNED TO INMATE AFTER COMPLETION

**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES**
**INFORMAL GRIEVANCE RESOLUTION FORM**
**UNIT STAFF**

#2024-8197

FROM: Rydberg, Douglas A. _____ 217075 _____ J2-D-19-L _____
        Last Name, First, Middle Initial      Number      Facility/Housing Unit

**PART A: Inmate Request/Concern.**

I am regularly overlooked for Chronic Hepatis C treatment I have made several attempts, I have enough symptoms, I expect this dealt with swiftly, I know a few individuals in my unit alone that have begun treatment the doctor told me "once symptoms are sever its too late for treatment", this is unacceptable, you've known about mine since the late 90's, now medication is readily available, I accuse you of negligence and medical malpractice, I want immediate tests and treatment, I want a specialist involved, I am FORCED to hold you liable, this is not a single inadequate care issue, I am now forced to insist on investigation these practices are frustrating and detrimental to our health, I seek financial compensation for several area's, "medical malpractice", "pain, suffering and other health related damages" and "legal expenses for attorney and litigation fees" your reputation for avoiding responsability is a reality, any retaliation by NDCS medical or correction staff is unjust, we all know how you operate, I will continue to keep a written record, no choice but to report and hold you accountable

Date 9-21-24        Signature _Doug Rydberg_

**PART B: Response and Reason(s) for Decision Reached.**

Only a certain number of individuals can be approved at one time to receive treatment for Hepatitis C. You will continue to be on the waiting list to receive treatment. Continue to work with medical staff to address your medical concerns.

10-4-24 _____
Date

_UM Nicholas_ _____
Signature

NOTE: A copy of this completed Informal Grievance Resolution Fo___ ___ust accompany any Step 1 Institutional Grievance Form

Rydberg, Douglas # 217075
OCC

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

### GRIEVANCE FORM

#### Step Two

#### Central Office Appeal

#### RESPONSE AND REASONS FOR DECISION REACHED

Incarcerated Individual Name:          Rydberg, Douglas

Incarcerated Individual Number:       # 217075

Date Received:                        1/21/2025

Grievance Number:                     2025-76

Subject:                              Mental health

Your previously scheduled visit on January 10, 2025 was rescheduled for January 14, 2025. Dr. Lovelace saw you in-person on January 14, 2025. You were prescribed new medication to start on January 15, 2025. You have been scheduled to be seen by medical and mental health three times since January 14, 2025. Please address your concerns when you are seen.

_02/10/25_
DATE

_____
DIRECTOR'S DESIGNEE

jw

as of right now
I've still never
3-14-25  seen, mental health
psychiatrist

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## INFORMAL GRIEVANCE RESOLUTION FORM
## UNIT STAFF

FROM: Rudberg Douglas A _____ 217075 _____ OCC 02 D 17 6 _____
Last Name, First Middle Initial        Number                Facility/Housing Unit

**PART A: Inmate Request/Concern.**

Im having on going problems with Mental Health department policy and providers, leaving me unmedicated, as Ive had to suffer while the grievance process was decided. The Directive ruled in my favor, allowing medication Ive taken with success for years. On 12-24-24 I sent a "IIR" to Mental Health/Provider, Today is Jan 4th 2025 I just recieved a IIR response it says scheduled 12-27-24, I never recieved a pass on that day I feel offended this now feels targeted, no doubt it will be explained away and minimulized, as Im left to suffer the last thing I want is negative consequences from my mood disorder, something a couple common medications can cure. I want investigation on this incident, Mental Health situation, are common in places like this, proper medication and caring professionals are required, a immediate appointment with medication provider expected

Signature _Douglas Rudberg_

Date 1-4-35

---

**PART B: Response and Reason(s) for Decision Reached.**

Medical staff stated that you were put on pass for an appointment with Telehealth today to address this issue, and further action or appointments are to be determined after it. Continue to work with medical and mental health staff on this issue and please await patiently for any potential appointments.

Date 1-10-25

Signature _B. Miller_

NOTE: A copy of this completed *Informal Grievance Resolution Form* must accompany any *Step 1 Institutional Grievance Form.*

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

# GRIEVANCE FORM
## Step One
### CHIEF EXECUTIVE OFFICER

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Rydberg          Douglas          A          217075          OCC J2 D19C
LAST NAME,          FIRST,          MIDDLE INITIAL          NO.          FACILITY/HOUSING UNIT

**Part A – INMATE REQUEST/CONCERN:** The appointment on 1-10-25 you mention was set for 1:15pm I had to rearrange my daily activitys to make it on time, I was then told to come back at 2:15pm. I arrive early. I wait patiently, at 2:40pm I'm told Dr lovelace will see me shortly at 2:55pm I told it will be rescheduled for sometime in the future, This is no doubt a deliberate action, if I speak out or move it will be held against me and cause negative consequences, I'm now being taunted and mistreated by numerous staff, retaliation will be reported. I now want compensation and a official outside investigation, First I want a minimum of 6 months added to my work release status, all previous expectations as well.

1-11-25
DATE

Douglas Rydberg
SIGNATURE OF REQUESTOR

---

## Part B – RESPONSE AND REASONS FOR DECISION REACHED

Dr. Lovelace saw you in-person on 1-14-2025 and prescribed new medication for you to start on 1-15-2025. There is no evidence of staff targeting you or retaliating against you. Please direct an further questions or concerns to medical and mental health staff.

1/17/2025
DATE

CHIEF EXECUTIVE OFFICER

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## GRIEVANCE FORM
### Step Two
### CENTRAL OFFICE APPEAL

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Rydberg  Douglas  A.          217095          02 D·19-L    OCC
LAST NAME,   FIRST,   MIDDLE INITIAL      NO./GROUP          INSTITUTION

As of today 1-19-25 I am   *Part A – REASON FOR APPEAL: still left untreated
Ive put the incidents in writing on tablet grievances still in
First stage. will you stop discrediting all my complaints, and
do the honorable thing, give me a fair chance, communicate
with me, you've failed you do nothing but push responsibility
you don't honor your word "* other 2nd step decisions *" all docum-
ented, and your not even concerned about the problems I'm
suffering from. You should be ashamed, this is ridiculous.
Treat me or release me, I want all other expectations,
while I'm still capable, I want to go to long term work
release, immediatly, Retaliation will be
reported.                              Douglas Rydberg
DATE 1-19-25                                    SIGNATURE

*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S
RESPONSE, MUST ACCOMPANY THIS APPEAL.

### Part B – RESPONSE AND REASONS FOR DECISION REACHED

DATE                                              DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

J2D19L

Rydberg, Douglas #217075
OCC

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## GRIEVANCE FORM

### Step Two

### Central Office Appeal

### RESPONSE AND REASONS FOR DECISION REACHED

| | |
|---|---|
| Incarcerated Individual Name: | Rydberg, Douglas |
| Incarcerated Individual Number: | #217075 |
| Date Received: | 11-7-2024 |
| Grievance Number: | 2024-8483 |
| Subject: | medical |

I understand your grievance to be that you do not want staff present during your telepsych appointments.

No changes in policy are being considered at this time regarding this concern. RN Smith answers the questions asked of her by the provider to better assist with the coordination of care between the provider, medical, mental health and you. If you have particular questions to address privately, ask RN Smith for a private segment.

_12.11.24_
DATE

_DIRECTOR'S DESIGNEE_

nf

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## GRIEVANCE FORM
### Step Two
### CENTRAL OFFICE APPEAL

2024-8483

| INSTRUCTIONS: |
| --- |
| TYPE OR USE BALL POINT PEN. IF MORE SPACE IS NEEDED, USE ATTACHMENT SHEET IN TRIPLICATE. |

From: Rydberg    Douglas    A    217075    OCC J2-D-19-L
LAST NAME,    FIRST,    MIDDLE INITIAL    NO./GROUP    INSTITUTION

**\*Part A – REASON FOR APPEAL:**

Your seamless cordination of care comes with attitude, interferance and Smith voicing annoyance over the providers recommendation, "Nick Gunderson" as well another time with "Barb". If I dont feel comfortable there's obviously some thing wrong. My expectation are the same. I want you to know this has a negative effect on my well being. I had to sign the waiver, why are you so persistant not to let me retract it and see and talk to a provider confidentialy

11-4-24
DATE

SIGNATURE

*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S RESPONSE, MUST ACCOMPANY THIS APPEAL.

### Part B – RESPONSE AND REASONS FOR DECISION REACHED

12-11-24
DATE

DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

#20248483

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## GRIEVANCE FORM
### Step One
### CHIEF EXECUTIVE OFFICER

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Rydberg   Douglas   A                     217075         J2 D-19-L
      LAST NAME,   FIRST,   MIDDLE INITIAL       NO.            FACILITY/HOUSING UNIT

**Part A – INMATE REQUEST/CONCERN:**

This is not acceptable I was under duress when I signed waiver. I want my confidentiality, it was later I scene the problems. I'm not receiving proper care, you just said psychiatric provider is the only person to decide medications, On several occasions Mandy has interupted visit and voiced her opinion on treatment, "UNACCEPTABLE" that is reason for complaint. Review visits with Nick Gunderson and new woman, evan Crystal Turpin had to plead with Mandy for a presciption, Mandy is not qualified. Change policy or replace Mandy,
   I want my signature retracted, I'm not comfortable sharing my appointment time with your staff, I am absolutly no threat to safety and security

DATE  10-24-2024

                                    Doug Rydley
                                    SIGNATURE OF REQUESTOR

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

Nurse Smith is present during appointments at the request of the psychiatric provider to provide seamless coordination of care. Nurse Smith will continue to respond to the questions asked of her by the provider as she is qualified to do so. There will be no change to the procedure for supervision of psychiatric appointments.

11/1/2024
DATE

                                    CHIEF EXECUTIVE OFFICER

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
**INFORMAL GRIEVANCE RESOLUTION FORM**
**UNIT STAFF**

# 2024 — 8483



**FROM:** Rydberg Douglas A          217075          OCC J2-D-19-L
Last Name, First, Middle Initial          Number          Facility/Housing Unit

I scene telepsych on **PART A: Inmate Request/Concern.** 10-2-2024, I have attempted to recieve confidential appointments. Mandy the video assistant, Is rude and interupts contact between me and provider this makes it impossible to openly discuss problems, this leaves unresolved issue and frustration

I want to retract my signature, for confidentiality Ive tried several times, Mandy would not allow

I want this kept confidential, medical staff are already bias Im concerned they will treat me worse, or neglect me more.

I do not want Mandy to be involved in what Im prescribed br denied no part of my Mental Health or Medical diagnosis

Date  10-4-2024                    Signature  Douglas Rydberg

---

**PART B: Response and Reason(s) for Decision Reached.**

A staff member must be present in the room during Telepsych appointments for safety and security reasons. The psychiatric provider is the only person with the authority to decide what medications are prescribed; nurses are not involved in that process.

10-21-24                    UM Nichols
Date                    Signature

**NOTE:** A copy of this completed *Informal Grievance Resolut    Form* must accompany any *Step 1 Institutional Grievance Form.*

Rydberg, Douglas #217075
OCC

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

**GRIEVANCE FORM**

**Step Two**

**Central Office Appeal**

**RESPONSE AND REASONS FOR DECISION REACHED**

| | |
|---|---|
| Incarcerated Individual Name: | Rydberg, Douglas |
| Incarcerated Individual Number: | #217075 |
| Date Received: | 3-19-2024 |
| Grievance Number: | 2024-1294 |
| Subject: | medication |

I understand your grievance to be that the prescription card you received was the wrong medication and unspecified medical complaints.

You were not prescribed the wrong medication; the medication card was incorrectly labeled. Prescriptions are filled at the pharmacy, not in medical. You are encouraged to continue working with medical team members regarding your health concerns. When there is sufficient information to support a finding that teammate acted improperly, corrective action will be taken. As personnel matters are confidential, said results will not be shared with you.

_____
DATE

_____
DIRECTOR'S DESIGNEE

nf

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## GRIEVANCE FORM
### Step Two
### CENTRAL OFFICE APPEAL 2024-1294

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Rydberg        Douglas        A        217075        OCC  U2-D-13-U
LAST NAME,        FIRST,        MIDDLE INITIAL        NO./GROUP        INSTITUTION

**\*Part A – REASON FOR APPEAL:**

I strongly believe this should have been handled differently. That
is still your responsability. I am conserned for my health and
well being. I want answers to my health problems. Diagnosis is
required and treatment after is requested. I as well am concerned
about retalliation, please be fair I need medical as all of us
do. Im or were not the enemy we depend on your care

_3-17-24_
DATE

_Doug Rydberg_ 217075
SIGNATURE

\*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S
RESPONSE, MUST ACCOMPANY THIS APPEAL.

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

_6.4.24_
DATE

DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

#2024 1294

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
### GRIEVANCE FORM
### Step One
### CHIEF EXECUTIVE OFFICER

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: **Rudberg   Douglas   A**          **217075**   OCC   J2-0-13-U
LAST NAME,   FIRST,   MIDDLE INITIAL          NO.   FACILITY/HOUSING UNIT

**Part A – INMATE REQUEST/CONCERN:**

Please refer to IGRF #2024-1294, I'm not satisfied with way this was handled, I immediatly pointed out medicals mistake, this left me with out needed medicine you prescribed, I sent IIR to medical on Feb 11th, Iam not trying to be difficult, I gave medical the opportunity to correct there mistake, there unwillingness is the issue, prescribing wrong medicine could of caused me physical consequences or worse, I was forced to file grevance. UM Nicholas spoke with me shortly after the grievance was sent, I showed her the card and there mistake, she gave me back the med card, I never talked with no one again, On 2-23-24 UM Nicholas asked if they resolved the issue, I told her my next refill was picked up 2-27-24, no one ever tried I still had the mistake medicine. UM Nicholas asked me for the card, I asked her for a photo copy of meds, non was given, I need a MRI and other medical and dental treatment, Please no retaliation by staff or medical.

DATE **3-2-24**          SIGNATURE OF REQUESTER  *Douglas Rudberg*

---

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

The nurse who responded to your initial IIR was unaware of you receiving the wrong medication. The ibuprofen was then refilled at the scheduled time. We apologize for the error and delay in receiving your medication. You will not receive a copy of the medication card. Continue to work with medical to address your medical needs.

**3/14/2024**
DATE          CHIEF EXECUTIVE OFFICER

**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES**
**INFORMAL GRIEVANCE RESOLUTION FORM** #2024-1294
**UNIT STAFF**

**FROM:** Rodney, Douglas, A     ~17625     12.D-13-U
Last Name, First, Middle Initial     Number     Facility/Housing Unit

**PART A: Inmate Request/Concern.**

On 2-6-24 I submitted request for refill of ibuprofen 800mg. I received response on Feb 8th 2024 with pick up instructions and were given to me at evening med line Feb 10th. The refill clearly says ibuprofen 800mg on label, the medicine provided is bright orange with PSD 42 on a round pill. I verify if pills is ibuprofen "IT IS NOT" I resubmit IIR on feb 11th 2024 I state your mistake and ask for refill you give me wrong medicine, you deny my attempt at allowing you to fix your mistake this leaves me without medication. I'm prescribed as usual it will take weeks to respond I once again will be the bad guy for voicing a complaint the card you give me is a laxative I feel user implying I'm "full of ----" for past complaints intentional or not this is a serious matter this only affects me. I feel this will cause me to be treated unfairly I want this to stop, I want all current medical issues treated. no more retaliation this must not happen to anyone else. I need me the corrected and my prescription please

Date 2-12-24     Signature [signature]

---

**PART B: Response and Reason(s) for Decision Reached.**

Your concern has been investigated. There was an error that caused you to receive the wrong medication. You have since received the correct Ibuprofen prescription.

2-28-24     UM Nicholas
Date     Signature

**NOTE:** A copy of this completed *Informal Grievance Resolution Form* must accompany any *Step 1 Institutional Grievance Form.*

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Medical _____ DATE: 2 12 24

FROM: Douglas Rydberg 217075 OCC 12 D 13 U
NAME / NUMBER     FACILITY     LOCATION

WORK LOCATION: Maintenance     UNIT STAFF: Lutka

MESSAGE: I need a refill for
ibuprofen 800 mg
you gave me wrong medicine in last refill

RECEIVED
FEB 1 2 2024
By_____

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

Signature

REPLY: Not available until 2-23-24

2.12.24
Date

Signature

DCS-A-adm-013  (rev. 1/2017)

---

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Medical _____ DATE: 2-22-24

FROM: Douglas Rydberg 217075 OCC 12 D 13 U
NAME / NUMBER     FACILITY     LOCATION

WORK LOCATION: Maintenance     UNIT STAFF: Lutka

MESSAGE: I am having severe migrain headaches
from without ibenprofen because of a mistake
the painrelever I purchased is not helping
I'm sensative to light, the dizziness and
nausas symptoms are making it a challenge
even dangerous getting in and out of a
top bunk, I'm needing ibuprofeen refill ASAP
and I need a bottom bunk pass issued
softly before I get injured.

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

Signature

REPLY:

RECEIVED
FEB 2 2 2024
By_____

2/23/24
Date

Signature

DCS-A-adm-013  (rev. 1/2017)

Emergency Filed - delivered Response Date

1. Confidentiality
2. Over stepped her role
3. Ongoing harrassment
4. Medical Malpractice

**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES**
**INFORMAL GRIEVANCE RESOLUTION FORM**
**UNIT STAFF**

**FROM:** Rudberg Douglas A          217075          OCC    J2 D130
Last Name, First, Middle Initial          Number          Facility/Housing Unit

### PART A: Inmate Request/Concern.

This started with a telespych video appointment, my medical condition
confidential started by seeing Nick Gunderson, his agreement
I need melatonin, interupted by a smug, disrespectful listener
who overhears every appointment, other medications are then offered,
not accepted by me. I sufer more, and see a new provider
Georgia, it is now agreed once more melatonin is a natural
solution agreed, I cant obtain enough on my own, the same
erestic, rude individual, interupts denys my providers professional
treatment, Georgia evan promises to send script thru "Never came"
medical sees me again agrees with me, and promises to get this
prescribed. The difficult, unprofessional, attendant of video visits
shots down agin
Ridiculous, last straw because of her "Investigation of medical Requests"

Date 5-31-24          Signature Doug Rudberg

### PART B: Response and Reason(s) for Decision Reached.

Pursuant to NDCS Rules and Regulation Chapter 2 Paragraph 002.02 the information contained in your grievance
does not meet the criteria, which governs the Emergency Grievance Procedure, as you are in no immediate danger
of being subjected to a substantial risk of personal injury or serious or irreparable harm. You may resubmit your
grievance, on a new informal grievance form, following the regular grievance process within 3 calendar days of
receipt of this grievance response, which was delivered to you on 5/31/2024.

5-31-24          B. Mlim
Date          Signature

**NOTE:** A copy of this completed *Informal Grievance Resolution Form* must accompany any *Step 1 Institutional Grievance Form.*

Douglas Rydberg
#217075
Omaha Corrections Center
PO Box 11099
Omaha, NE 68110-0099

**RECEIVED**

MAR 3 1 2025

CLERK
U.S. DISTRICT COURT

Individual's name: [illegible] Center
Individual # 217075
PO BOX 11099 - Omaha NE 68111
Notice: This correspondence was mailed from
an institution operated by the Nebraska
Department of Corrections.
It's contents are uncensored

Legal Mail





quadient
CORRECTION
IMI
$002.09
03/27/2025 ZIP 68110
043M31232136
US POSTAGE

Office of the Clerk
United States District Court
111 So. 18th Plz Suite 1152
Omaha Ne 68102-1322

RECEIVED
MAR 3 1 2025
CLERK
U.S. DISTRICT COURT

Privleyde Legal Mail