To: Clerk of Court

My name is Douglas Rydberg, I have a open case in United States District Court, I sent a letter a couple months ago, and never received a confirmation or response. When possible can you please inform me the status. I am limited to mail correspondence.

I as well have had no luck obtaining any council, I have confirmation Civil Right lawyers are very busy with immigration policy. I also with the timing of this letter sent my 3rd attempt to the Nebraska Bar Assoc. they have never responded back. Im on a limited budget and certified mail is almost not possible.

The facility is continuing to take my court obligation fee, I have nothing to hide, since they now know of a attempt at holding them accountable, they are targeting and retaliating against me. I desperately need a representative to speak and stand up for me. If at all possible can a lawyer be recomended or appointed. Please

Respectfully
Sincerly
Douglas Rydberg

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2025 JUL 21 AM 11:14 OFFICE OF THE CLERK

Douglas Rydberg 217075
8:25-cv-00234-JFB-PRSE

Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name/#: Douglas Rydberg 212075
Omaha Correctional Center
PO BOX 11099
Omaha, NE 68110-2766

Legal Mail

OMAHA NE 680
17 JUL 2025 PM 2 L



Office of the clerk
United States District Court
Roman L Hruska U.S. courthouse
111 So. 18th Plaza, Suite 1152
Omaha Ne 68102-1322

RECEIVED
JUL 21 2025
CLERK
U.S. DISTRICT COURT

Legal Mail

68102-132277